UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Felipe Pereira et al, <br><br> Plaintiff (s), <br><br> v. <br><br> Voltech Electric, Inc. et al, <br><br> Defendant (s). | Civil Action No. 24-CV-11723 |

## SETTLEMENT ORDER OF DISMISSAL

**A. KELLEY, D.J.**

The Court having been advised on October 29, 2025, that the above-entitled action has been settled:

It is hereby **ORDERED** that this action is hereby **DISMISSED** without costs and without prejudice to the right of any party, upon good cause shown, to re-open the action within thirty (30) days if settlement is not consummated.

Dated: October 29, 2025

By the Court,

/s/ Courtney Horvath
Deputy Clerk